BENJAMIN B. WAGNER
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>    v.<br><br>GURDEV KAUR JOHL,<br><br>  Defendant and Judgment Debtor.<br><br>RABOBANK, N.A.,<br><br>  Garnishee. | Case No.: 2:16-MC-0040-MCE-EFB<br><br>**STIPULATION REGARDING WRIT OF GARNISHMENT; AND ORDER THEREON**<br><br>CRIMINAL CASE. NO.: 2:12-CR-00180-MCE<br><br>No Hearing Requested |

Plaintiff United States and defendant Gurdev Kaur Johl (the Parties) hereby stipulate to the resolution of the United States' pending garnishment action against Defendant's accounts at garnishee Rabobank as follows:

1.  The Court convicted and sentenced Defendant in the above referenced criminal case as stated in the Judgment in a Criminal Case filed on December 7, 2015. CR ECF No. 304. The Judgment ordered Defendant to pay a $100 special assessment and $222,037.85 in restitution to the California Employment Development Department (the EDD). To date, the restitution remains unpaid.

2.  The United States sought, and the Clerk issued, a writ of garnishment on February 26,

2016 against Defendant's bank accounts and property at garnishee Rabobank.  Misc. ECF No. 5.

3. Rabobank filed its Acknowledgement of Service and Answer of Garnishee (the Answer) to the writ on March 9, 2016.  Misc. ECF No. 7.  The Answer identifies seven accounts with an approximate total value of $196,402.85.  The Parties agree that $175,000.00 of the $196,402.85 accounts' value may be liquidated and paid to the Clerk of Court.  This payment is to be applied towards Defendant's unpaid restitution to the EDD.  The Table below identifies the garnished accounts, states their approximate values, and describes the Parties' stipulated disposition for each of the seven accounts:

| Account type and # | Approximate value | Stipulated Disposition |
|---|---|---|
| CD No. x-2577 | $39,460.39 | Liquidate the full value |
| Savings No. x-4266 | $56,413.73 | Liquidate the full value |
| Checking No. x-0401 | $14,551.70 | Liquidate $14,391.73<br>Retain $159.97 |
| Checking No. x-2778 | $11,561.92 | Liquidate the full value |
| Checking No. x-1977 | $21,242.88 | Retain, no liquidation |
| Savings No. x-1243 | $50,937.68 | Liquidate the full value |
| IRA CD No. x-0137 | $2,234.55 | Liquidate the full value |
| **Totals:** | $196,402.85 | Liquidate: $175,000.00<br>Retain: $21,402.85 |

4. Rabobank's Answer states the funds' values are approximate.  If the values of the funds to be liquidated decrease at the time of liquidation below the $175,000.00 stipulated garnishment amount, Rabobank may liquidate sufficient funds from account no. x-1977 to cover the shortage amount.  Based on the foregoing, the Parties agree the Court can and should enter an order directing Rabobank to liquidate the amounts from the funds as set forth in the Table above and pay those amounts to the Clerk of Court as more fully described in the accompanying order to this stipulation.

FOR THE UNITED STATES OF AMERICA:

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: April 21, 2016                    */s/ Kurt A. Didier*
                                        KURT A. DIDIER
                                        Assistant United States Attorney

FOR THE DEFENDANT AND JUDGMENT DEBTOR:

Dated:  April 21, 2016   */s/ Candace A. Fry*
CANDACE A. FRY, Esq.,
Counsel for defendant Gurdev Kaur Johl

**O R D E R**

The Court, having reviewed the court files and the parties' Stipulation Regarding Writ of Garnishment (the Stipulation), and finding good cause therefrom, hereby APPROVES the Stipulation.

ACCORDINGLY, the Court hereby ORDERS, ADJUDGES and DECREES as follows:

1. The United States' application for a final order of garnishment in the amount of $175,000.00 is GRANTED.

2. Rabobank shall DELIVER, within twenty (20) days of the date of this Order, a cashier's check or money order to the Clerk of Court in the sum of $175,000.00 drawn from defendant Gurdev Kaur Johl's accounts as follows:

   A. $39,460.39 from account ending in numbers x-2577;
   B. $56,413.73 from account ending in numbers x-4266;
   C. $14,391.73 from account ending in numbers x-0401;
   D. $11,561.92 from account ending in numbers x-2778;
   E. $50,937.68 from account ending in numbers x-1243; and
   F. $2,234.55 from account ending in numbers x-0137.

3. If the combined balances of the above listed accounts do not total $175,000.00, Rabobank shall liquidate from Defendant's account ending in numbers x-1977, an amount sufficient to cover the shortfall.

4. Rabobank shall make the $175,000.00 payment payable to the "Clerk of the Court" and mail or deliver the payment to the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814.  Rabobank shall also state the docket number (Case No.: 2:12-CR-00180-MCE) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

5. Upon its payment of the $175,000.00 to the Clerk, Rabobank shall RELEASE its hold on account number x-1977 and on any amount exceeding $159.97 in account number x-0401.

///

///

///

6. This is a final order of garnishment; upon payment and processing of the garnished amount as ordered above, this writ shall TERMINATE pursuant to 28 U.S.C. § 3205(c)(10)(B) and the clerk shall close this case.

IT IS SO ORDERED.

Dated: April 25, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Order of Garnishment

2